# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| MATT SHIELDS, ) | |
| ) | Case No. 1:21-cv-298 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| SHERRIF OF POLK COUNTY, OFFICER ) | |
| STEVE ROSS, NURSE, JOE SURBECK, ) | |
| ADC DETENTION OFFICERS, ADC JAIL ) | |
| ADMINISTRATION, SHERIFF'S OFFIC, ) | |
| BENTON CITY GOVERNMENT, and ) | |
| STATE OF TENNESSEE, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 5) is **DENIED**, Plaintiff is **ASSESSED** the filing fee of $402.00, the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion, and this pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the custodian of inmate trust accounts at Plaintiff's current facility and the Court's financial deputy.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT